IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-027-RJC-DCK

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER** |
| THE EDGE INVESTORS, L.P., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Meredith E. Woods, concerning Denise Marra DePekary on January 28, 2014. Ms. Denise Marra DePekary seeks to appear as counsel *pro hac vice* for Plaintiff Crum & Forster Specialty Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Ms. Denise Marra DePekary is hereby admitted *pro hac vice* to represent Plaintiff Crum & Forster Specialty Insurance Company.

**SO ORDERED**.

Signed: January 28, 2014

David C. Keesler
United States Magistrate Judge