**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:14-CV-027-RJC-DCK**

| | | |
|---|---|---|
| **CRUM & FORSTER SPECIALTY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **THE EDGE INVESTORS, L.P.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Kevin P. Branch, concerning Ryan M. Suerth on March 31, 2014. Mr. Ryan M. Suerth seeks to appear as counsel *pro hac vice* for Defendant The Edge Investors, L.P. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

  **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED.** Mr. Ryan M. Suerth is hereby admitted *pro hac vice* to represent Defendant The Edge Investors, L.P.

  **SO ORDERED**.

Signed: April 1, 2014

David C. Keesler
United States Magistrate Judge